# Nike Wire Payments 2020

| Date | Amount | Payment on Account or Order |
|---|---|---|
| 8/7/2020 | $ 5,000.00 | Account |
| 8/7/2020 | $ 7,017.65 | Order |
| 8/14/2020 | $ 5,000.00 | Account |
| 8/18/2020 | $ 2,286.16 | Order |
| 8/18/2020 | $ 4,188.70 | Order |
| 8/21/2020 | $ 5,000.00 | Account |
| 8/26/2020 | $ 888.90 | Order |
| 8/28/2020 | $ 3,221.92 | Order |
| 8/28/2020 | $ 5,000.00 | Account |
| 8/26/2020 | $ 4,725.37 | Order |
| 9/1/2020 | $ 3,762.20 | Order |
| 9/3/2020 | $ 3,093.47 | Order |
| 9/4/2020 | $ 10,000.00 | Account |
| 9/8/2020 | $ 14,340.92 | Order |
| 9/8/2020 | $ 25,536.38 | Order |
| 9/10/2020 | $ 10,000.00 | Account |
| 9/11/2020 | $ 2,747.47 | Order |
| 9/15/2020 | $ 10,000.00 | Account |
| 9/17/2020 | $ 2,759.12 | Order |
| 9/17/2020 | $ 3,156.49 | Order |
| 9/18/2020 | $ 10,000.00 | Account |
| 9/21/2020 | $ 3,167.83 | Order |
| 9/24/2020 | $ 12,800.16 | Order |
| 9/29/2020 | $ 3,063.97 | Order |
| 9/25/2020 | $ 10,000.00 | Account |
| 10/1/2020 | $ 3,663.46 | Order |
| 10/2/2020 | $ 20,000.00 | Account |
| 10/5/2020 | $ 9,244.56 | Account - was sent for an order and they redirected to pay account before closing the account |

| | | |
|---|---|---|
| **Total Account Payments** | $ 99,244.56 | |
| **Total Order Payments** | $ 93,138.00 | |
| | | |
| **Total Payments 2020** | $ 192,382.56 | |

## SCHEDULE A

| Payment Date | Amount | Remaining Balance After Payment |
|---|---|---|
| 7/31/20 | $5,000.00 | $962,372.23 |
| 8/7/20 | $5,000.00 | $957,372.23 |
| 8/14/20 | $5,000.00 | $952,372.23 |
| 8/21/20 | $5,000.00 | $947,372.23 |
| 8/28/20 | $5,000.00 | $942,372.23 |
| 9/4/20 | $10,000.00 | $932,372.23 |
| 9/15/2020 | $10,000.00 | $922,372.23 |
| 9/11/20 | $10,000.00 | $912,372.23 |
| 9/18/20 | $10,000.00 | $902,372.23 |
| 9/25/20 | $10,000.00 | $892,372.23 |
| 10/2/20 | $20,000.00 | $872,372.23 |
| 10/9/20 | $20,000.00 | $852,372.23 |
| 10/15/2020 | $50,000.00 | $802,372.23 |
| 10/16/20 | $20,000.00 | $782,372.23 |
| 10/23/20 | $20,000.00 | $762,372.23 |
| 10/30/20 | $20,000.00 | $742,372.23 |
| 11/6/20 | $30,000.00 | $712,372.23 |
| 11/13/20 | $30,000.00 | $682,372.23 |
| 11/15/2020 | $100,000.00 | $582,372.23 |
| 11/20/20 | $30,000.00 | $552,372.23 |
| 11/27/20 | $30,000.00 | $522,372.23 |
| 12/4/20 | $40,000.00 | $482,372.23 |
| 12/11/20 | $40,000.00 | $442,372.23 |
| 12/15/2020 | $100,000.00 | $342,372.23 |
| 12/18/20 | $40,000.00 | $302,372.23 |
| 12/30/20 | $302,372.23 | $0.00 |
| **Total Payments** | **$967,372.23** | |