**Michael Collins**

---

**From:** wiretransfer@cassinfo.com
**Sent:** Thursday, January 7, 2021 12:17 PM
**To:** Accounting; Sara E. Schlenk; Eric D. Oelzen
**Subject:** ADVICE OF DEBIT - BANK CONFIDENTIAL

## CASS COMMERCIAL BANK ADVICE OF DEBIT

ON JANUARY 07, 2021, WE DEBITED YOUR ACCOUNT ****5063 FOR USD 200,000.00

## DETAILS OF PAYMENT

| | |
|---|---|
| PAYMENT DATE AND TIME: | 07-JAN-2021 12:15:20 CT |
| PAID AMOUNT: | USD 200,000.00 |
| METHOD OF PAYMENT: | FED Payment |
| TRANSACTION NUMBER: | 202101070050783 |
| IMAD(CYCLE DATE/LTERM/IMSN) | 20210107/MMQFMPKA/000080/ |
| OMAD(CYCLE DATE/LTERM/OMSN) | 20210107/B2Q8921C/002246/ |
| REFERENCE: | 786966589 |
| PAID TO: | F/022000046 |
| | MANUFACTURERS & TRADERS TRUST CO |
| | BUFFALO |
| | NY |
| BENEFICIARY: | ****3631 |
| | AM SACCULLO LEGAL LLC |
| | RULE 1.15A ATTORNEY TRUST ACCOUNT |
| | 27 CRIMSON KING DR |
| | BEAR DE 19701 |
| DEBITED TO: | ****5063 |
| | CARMODY MACDONALD P C |
| | 120 S CENTRAL AVE STE 1800 |
| | CLAYTON MO 63105-1726 |
| ORIGINATOR TO BENEFICIARY INFO: | |

This e-mail contains confidential and privileged information. If you are not the intended recipient (or have received this e-mail in error), please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly prohibited. When contacting this institution, please use reference number: 202101070050783.

2