## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
01/18/20    08:16
$20.00   Electronic

**25133641**                                    FS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Meg Augustine            302-598-5000

B. E-MAIL CONTACT AT FILER (optional)
meg@saccullolegal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Meg Augustine
27 Crimson King Dr
Bear, DE, 19701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

1a. ORGANIZATION'S NAME: FIRST TO THE FINISH KIM AND MIKE VIANO SPORTS INC.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 43 PHEASANT LANE | Carlinville | IL | 62626 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

2a. ORGANIZATION'S NAME: FIRST TO THE FINISH REAL ESTATE LLC

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1325 NORTH BROAD | Carlinville | IL | 62626 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: Nike USA, Inc.

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| One Bowerman Drive | Beaverton | OR | 97005 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All of the Debtors' assets, including, a continuing, unequivocal, and enduring lien and security interest in favor of Nike USA, Inc. in and to all of the Debtors' right, title and interest in and to all fixtures and personal property of every kind and nature, wherever located, whether now existing or hereafter from time to time arising or acquired (collectively, the "Collateral"). The Collateral shall include, without limitation, all: (i) accounts (including accounts receivable, deposit accounts, and all cash held or controlled by the Debtors); (ii) goods (including inventory, equipment, furniture and/or fixtures); (iii) documents (including, if applicable, electronic documents); (iv) instruments; (v) promissory notes; (vi) chattel paper (whether tangible or electronic); (vii) letters of credit, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing); (viii) securities and all other investment property; (ix) general intangibles (including all payment intangibles); (x) money; (xi) commercial tort actions (whether or not such rights are currently extant or asserted); (xii) intellectual property (including all patents, trademarks, copyrights, trade secrets, intellectual property licenses and all other intangible property of any type, including mask works and industrial designs); (xiii) customer lists (or other similar contact lists); and (xiv) any other contract rights or rights to the payment of money. Collateral shall also include the proceeds and products of the Collateral listed above.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decendent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
01/18/20   08:16
$20.00   Electronic

**25133641**                    FS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | FIRST TO THE FINISH KIM AND MIKE VIANO SPORTS INC. |
| 9b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only **one** additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| 10a. ORGANIZATION'S NAME | First to the Finish Inc. |
| 10b. INDIVIDUAL'S SURNAME | |
| INDIVIDUAL'S FIRST PERSONAL NAME | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 43 PHEASANT LANE | Carlinville | IL | 62626 | USA |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only **one** name (11a or 11b)

| | | | |
|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | |
| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

FILING OFFICE COPY - UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
01/18/20    08:16
$20.00    Electronic

**25133641**                                FS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

- **18a. ORGANIZATION'S NAME:** FIRST TO THE FINISH KIM AND MIKE VIANO SPORTS INC.
- **18b. INDIVIDUAL'S SURNAME:**
- **FIRST NAME:**
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name\; do not omit, modify, or abbreviate any part of the Debtor's name)

- **21a. ORGANIZATION'S NAME:** First to the Finish LLC
- **21b. INDIVIDUAL'S LAST NAME:**
- **FIRST PERSONAL NAME:**
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**
- **21c. MAILING ADDRESS:** 2341 Plum Street
- **CITY:** Edwardsville
- **STATE:** IL
- **POSTAL CODE:** 62025
- **COUNTRY:** USA

**22. DEBTOR'S NAME** Provide only one Debtor name (22a or 22b) (use exact, full name\; do not omit, modify, or abbreviate any part of the Debtor's name)

- **22a. ORGANIZATION'S NAME:**
- **22b. INDIVIDUAL'S SURNAME:**
- **FIRST PERSONAL NAME:**
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**
- **22c. MAILING ADDRESS:**
- **CITY:**
- **STATE:**
- **POSTAL CODE:**
- **COUNTRY:**

**23. DEBTOR'S NAME** Provide only one Debtor name (23a or 23b) (use exact, full name\; do not omit, modify, or abbreviate any part of the Debtor's name)

- **23a. ORGANIZATION'S NAME:**
- **23b. INDIVIDUAL'S LAST NAME:**
- **FIRST PERSONAL NAME:**
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**
- **23c. MAILING ADDRESS:**
- **CITY:**
- **STATE:**
- **POSTAL CODE:**
- **COUNTRY:**

**24. ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (24a or 24b)

- **24a. ORGANIZATION'S NAME:**
- **24b. INDIVIDUAL'S SURNAME:**
- **FIRST PERSONAL NAME:**
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**
- **24c. MAILING ADDRESS:**
- **CITY:**
- **STATE:**
- **POSTAL CODE:**
- **COUNTRY:**

**25. ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (25a or 25b)

- **25a. ORGANIZATION'S NAME:**
- **25b. INDIVIDUAL'S SURNAME:**
- **FIRST PERSONAL NAME:**
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**
- **25c. MAILING ADDRESS:**
- **CITY:**
- **STATE:**
- **POSTAL CODE:**
- **COUNTRY:**

**24. MISCELLANEOUS**