RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
20190626   0954
$20.00   Electronic

**24538451**                                     FS

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Lien Solutions                    800-331-3282

B. E-MAIL CONTACT AT FILER (optional)
uccfilingreturn@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

LIEN SOLUTIONS
P.O. Box 29071
Glendale, CA, 91209-9071

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

1a. ORGANIZATION'S NAME: FIRST TO THE FINISH KIM AND MIKE VIANO SPORTS INC.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2341 PLUM STREET | EDWARDSVILLE | IL | 62025-2083 | USA |

**2. DEBTOR'S NAME:** (blank)

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: BANK OF SPRINGFIELD

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3400 W. WABASH | SPRINGFIELD | IL | 62711 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All Accounts, Chattel Paper, Inventory, Equipment, fixtures, Instruments, Investment Property, Documents, Deposit Accounts, Letter of Credit Rights, General Intangibles, Supporting Obligations relating to the foregoing, Products Proceeds of the foregoing, and all other Goods, whether any of the foregoing is now owned or hereafter acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds).

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decendent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
IL-0-70536104-57316747

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)